RAYMOND A. PETTINGILL et al., Respondents, *v.* STREG, INC., et al., Appellants.

Argued January 7, 1952; decided January 17, 1952.

*Philip J. O'Brien* and *John G. Coleman* for appellants.

*Abraham L. Shapiro, Abraham Schlissel* and *Samuel Lawrence Brennglass* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.